**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MORGAN TYLER FULLER,

Plaintiff,

v. No. 25-cv-709-SMD-SCY

STATE OF NEW MEXICO, *et al.*,

Defendants.

**ORDER TO CURE DEFICIENCIES**

This matter is before the Court on Plaintiff's Prisoner's Civil Rights Complaint, (Doc. 1). Petitioner is proceeding *pro se* and was incarcerated when he initiated this proceeding. It appears Plaintiff intends to bring claims under 42 U.S.C. § 1983, but he does not state what claims he brings or what relief he seeks. To pursue civil rights claims, Plaintiff may file a 42 U.S.C. § 1983 complaint within thirty (30) days of entry of this Order. Also before the Court is Plaintiff's Application to Proceed in District Court Without Prepaying Fees of Costs (Doc. 2, "IFP Motion"). The IFP Motion does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2). Plaintiff shall cure this deficiency within thirty (30) days of entry of this Order. All filings should include the case number (No. 25-cv-709-SMD-SCY) and be labeled as legal mail. The failure to timely comply with both directives in this Order (*i.e.*, file a complaint on the proper federal form and a six-month inmate account statement) may result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED** that and within thirty (30) days of entry of this Order, Plaintiff must: (1) file a single § 1983 complaint that includes all claims and factual allegations; and (2) file an inmate account statement reflecting transactions for a six-month period.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Petitioner a blank 42 U.S.C. § 1983 civil rights complaint.

UNITED STATES MAGISTRATE JUDGE